UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRANKENMUTH MUTUAL
INSURANCE COMPANY,                          Case No. 2:20-cv-00154

        Plaintiff,                                Hon. Maarten Vermaat
                                                   U.S. Magistrate Judge
v.

BOMBARDIER RECREATIONAL
PRODUCTS, INC., et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEY FEES

This matter having come before this Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without cost or attorney fees as to any party.

**THIS IS A FINAL ORDER AND CLOSES THE ENTIRE CASE.**

Dated:  October 12, 2021                    /s/ *Maarten Vermaat*
                                                   MAARTEN VERMAAT
                                                   U.S. MAGISTRATE JUDGE